IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :

        v.          :          CRIMINAL NO. CCB-98-0424

ANTHONY R. BONNER          :

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY R. BONNER          :

        v.          :          CIVIL ACTION NO. CCB-02-2994

UNITED STATES OF AMERICA          :

## O R D E R

In accordance with the foregoing Memorandum, **IT IS** this _26_ day of _November_, 2002 by this Court hereby **ORDERED**:

1.    That Anthony R. Bonner's Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 **IS DENIED AND DISMISSED WITH PREJUDICE**;

2.    That the Clerk of the Court **CLOSE** this case; and

3.    That the Clerk of the Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to **petitioner** and to the United States Attorney Thomas M. DiBiagio, U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE